# THE RED RIVER VALLEY BRICK CORPORATION et al. v. THE CITY OF GRAND FORKS et al.

(146 N. W. 878.)

Opinion filed March 6, 1914. Rehearing denied April 13, 1914.

Appeal from the District Court of Grank Forks County, *Kneeshaw,* Judge.

*George A. Bangs* and *George R. Robbins,* of Grand Forks, N. D., for appellants.

*J. B. Wineman,* of Grand Forks, N. D., for respondents.

PER CURIAM. The facts in this case are almost identical with those in the case of the same title just decided by this court, and the decision in that case is also adopted in this.